

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE INTEREST OF J. S., A CHILD, | § | No. 08-12-00339-CV |
| | § | |
| Appellant. | § | Appeal from the |
| | § | 65th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2003CM4710) |
| | § | |
| | § | |

**O R D E R**

This Court issued an order dated March 20, 2013, requesting that the parties advise the Court about the status of a pending bankruptcy matter which may affect this case. Mr. Rivera has advised this Court the applicable bankruptcy matter is being dismissed. However, being that the bankruptcy is apparently still pending, pursuant to 11 U.S.C. sec 362, the Court automatically stays any further action in this appeal. Under these circumstances, and for administrative purposes, it is ORDERED that this appeal is removed from the docket and abated. The appeal will be reinstated upon proper motion showing that the stay has been lifted and specify the action required by this Court.

Accordingly, the appeal is abated.

IT SO ORDERED this 24th day of April, 2013.

PER CURIAM

Before McClure, CJ, Rivera and Rodriguez, JJ.